Gus Dracos, Respondent, v. Zacharias Rogdakis, Appellant.— In an action to recover damages for false arrest and malicious prosecution, judgment in the amount of a verdict of $4,000, together with costs, reversed on the facts and a new trial granted, with costs to abide the event, unless, within ten days from the entry of the order hereon, plaintiff stipulate to reduce to $2,000 the amount of the verdict rendered in his favor; in which event the judgment, as so reduced, is unanimously affirmed, without costs. In our opinion the verdict was excessive. Appeal from denial of motion to set aside verdict dismissed. An appeal does not lie therefrom. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Petition for Letters of Administration of the Goods, Chattels and Credits of Ella Wedemeyer, Deceased. Rhoda J. Heinrich, Appellant; William H. Wedemeyer, as Administrator, etc., of Ella Wedemeyer, Deceased, Respondent.— Resettled decree of the Surrogate's Court of Richmond county denying the petitioner's application to revoke letters of administration theretofore issued to the respondent reversed on the law, application granted, and letters of administration revoked, with costs, payable by respondent personally. In the opinion of this court, the surrogate was without power to issue letters of administration where it appeared that the deceased died testate, in the absence of proof that the will was invalid. If there is a present necessity for the appointment of a representative in this State to conserve, during the pendency of the contested probate proceeding in the State of New Jersey, the assets of the estate located here, a temporary administrator may be appointed under section 126 of the Surrogate's Court Act. The matter is remitted to the Surrogate's Court for the entry of a decree accordingly. Hagarty, Carswell, Johnson, Taylor and Close, JJ., concur.

Eleanor June, an Infant under Fourteen Years of Age, by Her Guardian ad Litem, Mary June, Appellant, v. Martin Lichtenstein, Respondent. Harold June, Appellant, v. Martin Lichtenstein, Respondent.— Action to recover for personal injuries sustained by an infant's falling from a fire escape, access to which was had through a window opening from a common hallway in a tenement house. Also action by the infant's father for expenses and loss of services. Judgment of the County Court of Rockland county dismissing the complaint affirmed, with costs. (Saraceni v. Mount Vernon Trust Co., 246 App. Div. 612; affd., 271 N. Y. 514.) Hagarty, Carswell, Taylor and Close, JJ., concur; Johnston, J., dissents and votes for reversal and a new trial.